PEOPLE ex rel. McAVOY v. MURPHY. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Proceedings by the people of the state of New York on the relation of Daniel McAvoy, against Michael C. Murphy. G. H. Breed, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.